In the Matter of WILLIAM CARROLL et al., Appellants, against BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

Argued March 1, 1949; decided April 14, 1949.

566

*A. Mark Levien* for appellants.

*John P. McGrath, Corporation Counsel (Arthur H. Kahn* and *Seymour B. Quel* of counsel), for respondent.

Appeal dismissed, without costs, upon the ground that no substantial constitutional question is presented; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.